**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DONNA M. JARNUTOWSKI, ) | |
| ) | |
| Plaintiff, ) | Case No.: 19 C 2957 |
| v. ) | |
| ) | Magistrate Judge Finnegan |
| KILOLO KIJAKAZI, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF JUDGMENT

The Court of Appeals for the Seventh Circuit reversed and remanded this case on November 4, 2022. On discussion with counsel for Defendant regarding effectuation of the remand, counsel for Plaintiff was made aware that while the Court of Appeals issued judgment in the case, this Court has not yet done so. Plaintiff respectfully requests that this Court enter judgment in the case so that Defendant can effectuate the remand and the case can be sent to an Administrative Law Judge for a new hearing.

Dated: February 10, 2023          Respectfully submitted,

                                                          s/Barry A. Schultz
                                                            Barry A. Schultz

Barry A. Schultz
The Law Offices of Barry A. Schultz, P.C.
630 Davis Street, Suite 300
Evanston, IL 60201
(847) 864-0224

**CERTIFICATE OF SERVICE**

The undersigned does hereby state under penalty of perjury that on the 10th day of February 2023, I electronically filed the MOTION FOR ENTRY OF JUDGMENT with the Clerk of the Court using the CM/ECF system which sent notification of the filing to the following:

Tiffani Jake
Assistant Regional Counsel
Social Security Administration
600 West Madison Street, 6th Floor
Chicago, Illinois 60661

                                                              s/Maisha Whittington
                                                             Maisha Whittington
                                                             Legal Assistant